IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ABAB INC., an Oklahoma Corporation, AHMAD BAHREINI, and SHAKIBA NASSER,  )))) | |
| Plaintiffs,  )) | |
| v.  )) | Case No. 5:13-CV-01292-D |
| SCOTTSDALE INSURANCE COMPANY,  )))) | |
| Defendant.  ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereto, by and through their respective attorneys, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of this action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorney fees.

Dated this 27th day of April, 2015.

Respectfully submitted,

 s/R. Thompson Cooper
R. Thompson Cooper, OBA No. 15746
PIGNATO, COOPER, KOLKER &
ROBERSON, P.C.
119 North Robinson Avenue, 11th Floor
Oklahoma City, Oklahoma 73102
Telephone:   (405) 606-3333
Facsimile:   (405) 606-3334
Email:           tom@pclaw.org
**ATTORNEY FOR DEFENDANT
WESTERN HERITAGE INS. CO.**

 *s/Danny K. Shadid*
Danny K. Shadid, OBA No. 8104
DANNY K. SHADID, P.C.
6301 Waterford Boulevard, Suite 110
Oklahoma City, Oklahoma 73118
Telephone:   (405) 810-9999
Facsimile:   (405) 810-9901
Email:       Danny@shadidlaw.com
**ATTORNEY FOR PLAINTIFFS ABAB INC.,
AHMAD BAHREINI, AND SHAKIBA NASSER**